■ SONIA IVORY, Appellant, v AL-AN ELEVATOR MAINTENANCE, Respondent. [997 NYS2d 903]—Appeal from order, Supreme Court, New York County (Joan M. Kenney, J.), entered September 13, 2013, which, to the extent appealed from as limited by the briefs, sua sponte precluded plaintiff from offering at trial the testimony of three nonparty witnesses, unanimously dismissed, without costs.

The part of the court's order that was entered sua sponte is not appealable as of right (see Ning-Yen Yao v Yao, 88 AD3d 462, 462-463 [1st Dept 2011]; see also Sholes v Meagher, 100 NY2d 333, 335 [2003]; CPLR 5701 [a] [2], [3]). We decline to grant leave to appeal (cf. Ning-Yen, 88 AD3d at 462-463; see CPLR 5701 [c]). Concur—Mazzarelli, J.P., Sweeny, Andrias, Moskowitz and Richter, JJ.